**IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE:<br>**TED PARKER HOME SALES, INC.**<br><br>Debtor(s) | | CHAPTER 7<br><br>CASE NO. **99-02729-KJC**<br><br>Hearing Date:  March 22, 2016 at 10:15 am<br>Objection Deadline:  March 3, 2016 at 4:00 pm |

**MOTION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT**

JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor's Chapter 11 case was filed on July 22, 1999.

2. The Chapter 11 Case was converted to a case under Chapter 7 of the Bankruptcy Code on April 11, 2000.

3. I was appointed Chapter 7 Bankruptcy Trustee on April 14, 2000.

4. The following Creditor's disbursement was made and returned as undeliverable.  The Trustee has exhausted every method of locating said creditor and has been unsuccessful in locating a successor to these allowed funds:

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 21243 | DEUTSCHE FINANCIAL SERVICES CORP. | 1300 | 34,826.00 |
| 21328 | HAMPTON INN - JACKSONVILLE | 10232 | 2,746.06 |
| 21614 | SAND HILL WELL DRILLING | 125 | 1,725.00 |
| 21454 | LYNN'S PAINT & REPAIR | 206 | 500.00 |
| 21576 | QUANTUM RESOURCES | 668 | 352.80 |
| 21363 | HUFFMAN, PHYLLIS | 1215 | 529.75 |
| 21729 | WEST BUILDING MATERIALS | 1225 | 954.79 |
| 21212 | COUNTY OF WAYNE, TAX COLL. | 1202 | 2,826.35 |
| 21203 | COUNTY OF LANCASTER TREAS/TAX COLL. | 1405 | 115.09 |
| 21589 | REID, JIMMY & LINDA | 101P | 1,950.00 |
| 21309 | GREEN, SALLY F. | 199 | 1,000.00 |
| 21700 | URIAS, RODOLFO | 215 | 1,000.00 |
| 21105 | BOSTICK, JERRY | 311 | 500.00 |
| 21275 | FERGUSON,  BRACKEN  DANA | 341P | 500.00 |
| 21128 | BURLEW, HENRY | 347 | 1,100.00 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 21352 | HOLMES, META | 349 | 640.00 |
| 21304 | GRANT, THELMA | 367 | 1,350.00 |
| 21070 | BAILEY, DAVID | 597P | 1,950.00 |
| 21627 | SHAW, BONITA | 619 | 900.00 |
| 21252 | DREWRY, STACY & CATRENIA | 677 | 1,200.00 |
| 21634 | SIMPSON, MAYBELLE | 762 | 1,000.00 |
| 21599 | ROBERTSON, SETH | 980 | 1,000.00 |
| 21654 | STEWART, THOMAS ANTHONY | 982 | 500.00 |
| 21392 | JOHNSON, JESSICA | 1034 | 250.00 |
| 21432 | LENT, SANDRA & MYRON | 1200 | 500.00 |
| 21434 | LEWIS, IVE | 1264 | 1,500.00 |
| 21618 | SCOTT, SHERMAN F. | 1323 | 800.00 |
| 21354 | HOMEMARK HOMES | 1411 | 500.00 |
| 21520 | NUEMANN, TODD | 1419 | 1,500.00 |
| 21712 | WASHINGTON, MARY | 1491 | 1,000.00 |
| 21326 | HALL, CECELLIA | 10133 | 1,000.00 |
| 21339 | HEAVENER, CHARLES | 10195 | 1,600.00 |
| 21561 | POPE, CRYSTAL | 10196 | 1,200.00 |
| 21641 | SOLIS, CHRISTIAN & DIANNE | 10208 | 1,005.00 |
| 21073 | BAILEY, WILLOW LYNN | 10211P | 1,950.00 |
| 21413 | KIMBLE, JESSICA & WESLEY | 10251 | 780.00 |
| 21770 | WRIGHT, LATONYA | 10252 | 1,895.00 |
| 21711 | WASHINGTON, LEIGH | 10256 | 1,500.00 |
| 21728 | WELLS FARGO GUARD SERVICE | 23 | 302.93 |
| 21263 | EDWARDS, BOBBY & LINDA | 57 | 1,902.40 |
| 21063 | AYNOR JOURNAL INC. | 76 | 50.25 |
| 21353 | HOME SWEET HOME INC. | 100 | 3,812.26 |
| 21590 | REID, JIMMY & LINDA | 101U | 307.08 |
| 21322 | GROSSO & COMPANY | 140 | 55.99 |
| 21688 | TRIANGLE BUILDERS | 142 | 50.40 |
| 21438 | LIGHTING SUPPLY | 150 | 78.33 |
| 21666 | SWEETWATER MOUNTAIN SPRINGS | 185 | 33.03 |
| 21632 | SHOPPER | 190 | 27.41 |
| 21573 | PUGA, WALTER | 212 | 74.90 |
| 21133 | C ME SIGNS | 232 | 262.14 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 21656 | STONE HEAVY EQUIPMENT | 235 | 30.54 |
| 21703 | VANTAGESOURCE LLP | 238 | 200.07 |
| 21176 | COECO OFFICE SYSTEMS, INC. | 250 | 22.89 |
| 21389 | JOHNSON OUTDOOR ADVERTISING | 274 | 59.92 |
| 21489 | MILLWORK SPECIALTIES | 281 | 311.52 |
| 21577 | QUICK PRINT | 287 | 41.28 |
| 21417 | KLINEBRIEL, SYBIL. | 294 | 29.96 |
| 21612 | SAMPLE SURVEYING | 295 | 22.47 |
| 21705 | VAUSE ENGINE AND MACHINE | 297 | 71.15 |
| 21717 | WATER CENTER | 318 | 22.89 |
| 21667 | SWICEGOOD APPRAISERS | 332 | 39.70 |
| 21746 | WILLIAMS, ARTHUR | 344 | 1,271.00 |
| 21177 | COFFEE BUTLER | 345 | 36.07 |
| 21257 | EAST POINTE SERVICES, L.L.C. | 350 | 59.92 |
| 21756 | WILSON, JAMES | 370 | 160.65 |
| 21570 | PROFESSIONAL COFFEE | 380 | 67.28 |
| 21235 | DAYS INN-LITTLE RIVER | 383 | 123.30 |
| 21623 | SEXTON CONSTRUCTION CO., INC. | 403 | 1,931.59 |
| 21377 | J.W. FAULKNER CRANE SERVICE | 410 | 47.19 |
| 21504 | MOUNTAIN FRESH SPRING WATER | 419 | 30.91 |
| 21563 | POWERS LAND SURVEYING; ATTN: Crystal Powers | 425 | 172.26 |
| 21431 | LEFORT WHOLESALE | 449 | 345.65 |
| 21081 | BARTON PROTECTIVE SERVICES | 454 | 2,661.18 |
| 21784 | YOUNG, HELEN | 471 | 15.73 |
| 21445 | LOCKLEAR, SAMANTHA & JAMMIE | 504 | 74.90 |
| 21301 | GRAHAM, SHARNELL | 507 | 5,027.24 |
| 21116 | BROWN, GREGORY | 508 | 149.79 |
| 21247 | DIXIE SUPPLY | 516 | 962.09 |
| 21104 | BOREN BRICK | 518 | 253.28 |
| 21482 | MIKE'S TLC TOTAL LAWN CARE | 522 | 26.21 |
| 21045 | AMERICAN OUTDOOR ADVERTISING | 528 | 1,048.56 |
| 21311 | GREENVILLE MOBILE HOME PARTS | 537 | 1,968.55 |
| 21586 | REDI-MIX CONCRETE, FAYETTEVILLE | 544 | 272.26 |
| 21332 | HARDIN, MYRTLE | 547 | 1,497.94 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 21461 | MANGUM SECURITY INC. | 590 | 2,234.18 |
| 21071 | BAILEY, DAVID | 597U | 7.49 |
| 21294 | GATELAND SERVICES COMPANY | 610 | 617.90 |
| 21698 | UNITED SECURITY AGENCY, INC. | 615 | 997.33 |
| 21325 | H & M QUALITY HOME BUILDERS | 623 | 146.80 |
| 21568 | PRINTING CENTER | 625 | 474.79 |
| 21558 | POOLE, ELNA | 686 | 37.45 |
| 21355 | HOMEPLACE OF AMERICA, INC. | 718 | 1,811.98 |
| 21686 | TRANSAMERICA ACCTS HOLDING CORP DBA SEARS COMMERCIAL ONE | 719 | 1,484.79 |
| 21255 | DUNCAN, MOLLIE | 738 | 559.80 |
| 21231 | DAVIS, GERALD & SANDRA | 747 | 74.90 |
| 21152 | CHAMPION ENTERPRISES INCORPORATED | 766 | 52,509.54 |
| 21258 | EASTERN DÉCOR | 783 | 8,078.60 |
| 21758 | WINGARD, JAMES | 793 | 449.38 |
| 21550 | PIERCE, SYLVIA | 797 | 75.95 |
| 21324 | GUPTON, LEAMON E. II | 799 | 137.24 |
| 21619 | SCOTT'S INC. | 812 | 59.72 |
| 21701 | US OFFICE PRODUCTS | 818 | 309.08 |
| 21219 | CRUM & CRUM ATTORNEYS | 836 | 14.33 |
| 21518 | NICHERSON, CONNIE | 866 | 569.22 |
| 21768 | WRIGHT, CARLTON | 875 | 449.38 |
| 21690 | TUCKER, WILLIE | 890 | 74.90 |
| 21232 | DAVIS, KENNETH | 898 | 74.90 |
| 21191 | CORNWALL, KENNETH | 899 | 434.40 |
| 21144 | CARPENTER, TIMOTHY C. | 903 | 164.77 |
| 21077 | BARNA, ERIC | 914 | 74.90 |
| 21308 | GREEN, LENA | 916 | 149.79 |
| 21102 | BODRICK, MAURICE | 918 | 524.28 |
| 21617 | SCHMITT, WENDY | 931 | 71.77 |
| 21642 | SORRELL, EARL J., III | 956 | 1,722.63 |
| 21464 | MARTIN, HUGH | 979 | 299.59 |
| 21466 | MATTHEWS, ROBERTA | 984 | 1,006.62 |
| 21337 | HARRISON, RALPH | 1030 | 14.98 |
| 21448 | LORADO, PEDRO | 1032 | 75.95 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 21751 | WILLIAMSBURG HOUSE DIST. LLC | 1083 | 17,336.36 |
| 21731 | WFBC-TV | 1102 | 1,071.92 |
| 21645 | SOUTHEASTERN NEWSPAPER CORP. dba The Augusta Chronicle | 1115 | 87.85 |
| 21491 | MITCHELL DISTRIBUTING COMPANY | 1126 | 339.65 |
| 21492 | MITCHELL RENTALSA, A Division of Mitchell Distributing Co. | 1127 | 1,685.53 |
| 21719 | WBFX TV PAPPAS TELECASTING | 1132 | 990.59 |
| 21124 | BTI | 1145 | 3,246.77 |
| 21710 | WARD, LORA c/o Cozen & O?Connor | 1165 | 8,829.96 |
| 21329 | HAMPTON INN - JACKSONVILLE c/o Kara Amato | 1182 | 381.08 |
| 21376 | J.C. SMITH & ASSOCIATES | 1193 | 119.84 |
| 21416 | KINSEY, JAMES | 1198 | 2,246.91 |
| 21368 | HUNTER, SONYA & REX | 1204 | 123.28 |
| 21553 | PITT PRINTING | 1238 | 22.23 |
| 21405 | KECK HALL SUPPLY | 1240 | 262.42 |
| 21715 | WASTE MANAGEMENT | 1241 | 159.61 |
| 21505 | MOUNTAIN FRESH SPRING WATER | 1243 | 37.31 |
| 21378 | JACKSON REFRIGERATION - AC CO. | 1273 | 131.65 |
| 21637 | SKIDMORE OFFICE PRODUCTS | 1334 | 335.20 |
| 21297 | GOECO | 1362 | 63.99 |
| 21543 | PATTILO PRINTING | 1377 | 31.38 |
| 21098 | BLUE CIRCLE MATERIALS | 1379 | 402.94 |
| 21138 | CAROLINA CAPITAL COMMUNICATION | 1383 | 2,549.05 |
| 21390 | JOHNSON OUTDOOR ADVERTISING | 1436 | 119.84 |
| 21624 | SHANDS PAINTS | 1447 | 19.61 |
| 21527 | OXEDINE, BRENDA | 1455 | 324.14 |
| 21137 | CAROLINA AXLE & TRANSPORT | 1473 | 5,320.99 |
| 21382 | JEFFERSON, MICHAEL | 1480 | 239.67 |
| 21423 | LAKELANDS LEADER | 1495 | 333.30 |
| 21251 | DOYLE, CHRISTOPHER aka DOYLE'S MASONRY | 10001 | 2,546.50 |
| 21537 | PARKER, FRANCINE & PARKER, PERRY | 10039 | 2,306.83 |
| 21037 | ALLEN, PATRICIA F/K/A BARRETT | 10086 | 256.86 |
| 21125 | BTI | 10123 | 3,919.44 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 21398 | JONES, PAUL A. | 10205 | 1,497.94 |
| 21074 | BAILEY, WILLOW LYNN | 10211U | 7.49 |
| 21595 | RILEY, GENOLA | 10223 | 449.38 |
| 21034 | AGUILLON, GALINDO | 435U, 435P | 2,556.67 |
| 21158 | CHAVIS, JOHNNIE | 889, 1014 | 299.58 |
| 21181 | COMFORT INN, KINSTON | 1139, 1140 | 340.40 |
| 21222 | DAIL IMPRINTS | 430, 620 | 45.56 |
| 21233 | DAVIS, LOWANDA | 466U, 466P | 2,331.98 |
| 21320 | GROOM, MARTIN | 545U, 545P | 2,406.87 |
| 21338 | HAWKINS, BEVERLYNN P. | 1292U, 12925P | 2,721.44 |
| 21409 | KENAN, CATHERINE | 1256U, 1256P | 1,957.49 |
| 21421 | KORNEGAY, MILDRED | 489, 927 | 299.58 |
| 21424 | LAM, BRENDA | 915, 988 | 29.96 |
| 21457 | MACKENZIE SECURITY | 10218, 809 | 3,427.61 |
| 21462 | MANN, STANLEY | 768U, 768P | 3,297.40 |
| 21483 | MILHOUSE, WILLIE ANTHONY | 1476U, 1476P | 2,299.02 |
| 21490 | MINTER, VICKIE | 578U, 578P | 2,121.81 |
| 21497 | MOODY, DARIA | 475, 960 | 126.13 |
| 21498 | MOORE, MELVIN | 854, 1064, 1257 | 1,212.02 |
| 21542 | PATTERSON, RAYMOND | 10227A, 10227U | 3,479.96 |
| 21605 | ROSALEZ, MARIO | 531P, 531U | 2,182.18 |
| 21628 | SHEA, JOSEPH | 598U, 598P | 2,032.39 |
| 21629 | SHELOR, CARL | 1441U, 1441P | 3,086.79 |
| 21643 | SOUTH TRUST BANK, NA | 1492, 1493 | 41,513.00 |
| 21660 | SUMMERFORD, J.A. | 561P, 561U | 2,179.36 |
| 21662 | SUNCOM AT & T | 1372, 1365 | 254.32 |
| 21679 | THORNE, SHONDA | 418U, 418P | 2,107.28 |
| 21706 | VINSANT, DAWN R. | 1467P, 1467U | 2,197.16 |
| 21739 | WHITTED, TORREY | 194, 10217 | 1,149.79 |
| 21757 | WILSON, RUSSELL | 1159P, 1159U | 2,781.36 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 21769 | WRIGHT, CONSTANCE L. | 746U, 746P | 2,718.59 |
| 21806 | ABBEY CARPET | 165 | 131.34 |
| 21808 | AFFORDABLE HOME GUIDE | 1409 | 998.75 |
| 21811 | ASSOCIATES CAPITOL BANK | 1489 | 303.44 |
| 21813 | BOBBY TOWNSEND ELECTRIC | 408 | 22.47 |
| 21816 | CABLE ONE ADVERTISING | 95 | 576.78 |
| | | | $ 328,934.22 |

5. Such a Balance represents returned funds for which the Trustee requests permission to pay into the Court.

WHEREFORE, JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of ($328,934.22), be paid to the Clerk for deposit to the Treasury.

Dated: February 18, 2016            /s/ JEOFFREY L. BURTCH, TRUSTEE
                                    JEOFFREY L. BURTCH, Chapter 7 Trustee
                                    P.O. BOX 549
                                    WILMINGTON, DE  19899-0549
                                    (302) 472-7427