IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| TED PARKER HOME SALES, INC. | CASE NO. 99-02729-KJC |
| Debtor(s) | |
| | RE: Docket No. 602, 621 |

## REVISED ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $191,332.73 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Ordered this __22nd__ day of __March__, 20__16__.