# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:  Ted Parker Home Sales, Inc. ) | | Case No. 99-02729 |
| ) | | |
| Debtor(s) ) | | |
| ) | | |

## MOTION FOR RELEASE OF FUNDS IN
## THE UNCLAIMED FUNDS REGISTRY

TO THE HONORABLE JUDGE OF THE U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

   Comes now Beverlynn P. Evans fka Beverlynn P. Hawkins hereinafter called Claimant by and through its attorney-in-fact respectfully moves the Court to enter an order for release of funds due Claimant in the above captioned case and would show:

1. The trustee appointed by the Court in this case did deposit in the Registry of the Court funds owed to the Claimant in the sum of $2,721.44 and specifically named Claimant the rightful Creditor due this amount. The Claimant did not receive the funds in the above case for the following reasons:

The original payment was mailed to 1956 Maryland Ave, Winston Salem, NC 27101. That address is no longer valid. The change of address prevented delivery of the original payment.

2. The Claimant's current address, phone number and social security/tax identification number are:

   Beverlynn P. Evans fka Beverlynn P. Hawkins
   1473 Sedgefield Dr.
   Winston Salem, NC 27107
   Telephone: (336) 788-2398
   Tax ID (last four digits): 3803

3. Claimant has authorized the undersigned to act as attorney-in-fact to recover these funds as evidenced by the attached limited power of attorney. Claimant now seeks to recover the funds from the Court's registry.

   WHEREFORE, Claimant asks the Court to enter an order to the Clerk of the Court to release said funds to Claimant c/o American Property Locators, Inc., Attn: Mr. Dale Kennedy, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

                              Respectfully Submitted,

                              *Dale Kennedy*
                              Dale Kennedy
                              American Property Locators, Inc.
                              Attorney-In-Fact for
                              Beverlynn P. Evans fka Beverlynn P. Hawkins
                              3855 South Boulevard, Suite 200
                              Edmond, OK 73013
                              (405) 340-4900

DBK
Enclosures

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:   Ted Parker Home Sales, Inc.   )   Case No. 99-02729
                                       )
         Debtor(s)                     )
                                       )
                                       )

**NOTICE OF MOTION FOR**
**PAYMENT OF UNCLAIMED FUNDS**

Notice is hereby given to the U.S. Bankruptcy Court that on <u>March 15, 2016,</u>
date
the following parties were notified, via US Postal Service, of the intent to apply for the release of Unclaimed Registry Funds in the amount of <u>$2,721.44</u> for the above mentioned case.

U.S. Attorney's Office
Box 2046
Wilmington, DE  19899-2046

U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

             Respectfully Submitted,

             *Dale Kennedy*

             Dale Kennedy
             American Property Locators, Inc.
             Attorney-In-Fact for
             Beverlynn P. Evans fka Beverlynn P. Hawkins

## LIMITED POWER OF ATTORNEY

Beverlynn P. Evans fka Beverlynn P. Hawkins, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Dale Kennedy of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK  73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically arising from the Ted Parker Home Sales, Inc. bankruptcy matter that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this _7_ day of _March_, 2016.

PRINCIPAL:
_/s/ Beverlynn P. Evans_
Beverlynn P. Evans
(SSN # xxx-xx-_8523_)

PRINCIPAL'S ADDRESS:
1473 Sedgefield Dr.
Winston Salem, NC  27107

### ACKNOWLEDGMENT

STATE OF _NC_ )

COUNTY OF _Forsyth_ )

Before me a Notary Public, in and for said County and State on this _7th_ day of _March_, 2016 personally appeared _Beverlynn P. Evans_ personally known to me to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
_10/07/20 20_

_/s/ Notary_
Notary

BARBARA SABRINA CLINKSCALES-STOWE
NOTARY PUBLIC, NORTH CAROLINA
FORSYTH COUNTY
MY COMMISSION EXPIRES
10/07/20 20

**DRIVER LICENSE**



BEVERLYNN PATRICE EVANS

class: C  endors: None  restr: None
issued: 09-14-2012  expires: 03-10-2016
sex: F  ht: 5-10  eyes: BRO  hair: BRO  race:
birthdate:

**NORTH CAROLINA    DRIVER LICENSE**

4d DLN
3 DOB
4b EXP 03/22/2016

1 EVANS
2 BEVERLYNN PATRICE
8

9 CLASS C    9a END NONE
12 RESTR NONE
15 SEX F    18 EYES BRO
16 HGT 5'-10"  19 HAIR BRO  RACE

4a ISS 03/02/2016
5 DD 0015706975

---

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

SIGNATURE OF BEARER SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

---

PASSPORT



**UNITED STATES OF AMERICA**

Type/Catégorie: P
Code of issuing State: USA
PASSPORT NO./NO. DU PASSEPORT:

Surname / Nom
HAWKINS

Given names / Prénoms
BEVERLYNN PATRICE

Nationality / Nationalité
UNITED STATES OF AMERICA

Date of birth / Date de naissance
10 MAR/MAR 58

Sex / Sexe: F
Place of birth / Lieu de naissance
WASHINGTON, D.C., U.S.A.

Date of issue / Date de délivrance
25 MAR/MAR 97

Date of expiration / Date d'expiration
24 MAR/MAR 07

Authority / Autorité
PASSPORT AGENCY
WASHINGTON, D.C.

Amendments/Modifications
SEE PAGE 24

P<USAHAWKINS<<BEVERLYNN<PATRICE<<<<<<<<<<<<
<<<<<<<<<<<<<2

IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>TED PARKER HOME SALES, INC.<br><br>Debtor(s) | CHAPTER 7<br><br>CASE NO. 99-02729-KJC<br><br>Hearing Date: March 22, 2016 at 10:15 am<br>Objection Deadline: March 3, 2016 at 4:00 pm |

## MOTION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT

JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor's Chapter 11 case was filed on July 22, 1999.

2. The Chapter 11 Case was converted to a case under Chapter 7 of the Bankruptcy Code on April 11, 2000.

3. I was appointed Chapter 7 Bankruptcy Trustee on April 14, 2000.

4. The following Creditor's disbursement was made and returned as undeliverable. The Trustee has exhausted every method of locating said creditor and has been unsuccessful in locating a successor to these allowed funds:

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| ~~21243~~ | ~~DEUTSCHE FINANCIAL SERVICES CORP.~~ | ~~1300~~ | ~~34,826.00~~ |
| 21328 | HAMPTON INN - JACKSONVILLE | 10232 | 2,746.06 |
| 21614 | SAND HILL WELL DRILLING | 125 | 1,725.00 |
| 21454 | LYNN'S PAINT & REPAIR | 206 | 500.00 |
| 21576 | QUANTUM RESOURCES | 668 | 352.80 |
| 21363 | HUFFMAN, PHYLLIS | 1215 | 529.75 |
| 21729 | WEST BUILDING MATERIALS | 1225 | 954.79 |
| 21212 | COUNTY OF WAYNE, TAX COLL. | 1202 | 2,826.35 |
| 21203 | COUNTY OF LANCASTER TREAS/TAX COLL. | 1405 | 115.09 |
| ~~21589~~ | ~~REID, JIMMY & LINDA~~ | ~~101P~~ | ~~1,950.00~~ |
| 21309 | GREEN, SALLY F. | 199 | 1,000.00 |
| 21700 | URIAS, RODOLFO | 215 | 1,000.00 |
| 21105 | BOSTICK, JERRY | 311 | 500.00 |
| 21275 | FERGUSON, BRACKEN DANA | 341P | 500.00 |
| 21128 | BURLEW, HENRY | 347 | 1,100.00 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 21398 | JONES, PAUL A. | 10205 | 1,497.94 |
| 21074 | BAILEY, WILLOW LYNN | 10211U | 7.49 |
| 21595 | RILEY, GENOLA | 10223 | 449.38 |
| 21034 | AGUILLON, GALINDO | 435U, 435P | 2,556.67 |
| 21158 | CHAVIS, JOHNNIE | 889, 1014 | 299.58 |
| 21181 | COMFORT INN, KINSTON | 1139, 1140 | 340.40 |
| 21222 | DAIL IMPRINTS | 430, 620 | 45.56 |
| 21233 | DAVIS, LOWANDA | 466U, 466P | 2,331.98 |
| 21320 | GROOM, MARTIN | 545U, 545P | 2,406.87 |
| 21338 | HAWKINS, BEVERLYNN P. | 1292U, 12925P | 2,721.44 |
| 21409 | KENAN, CATHERINE | 1256U, 1256P | 1,957.49 |
| 21421 | KORNEGAY, MILDRED | 489, 927 | 299.58 |
| 21424 | LAM, BRENDA | 915, 988 | 29.96 |
| 21457 | MACKENZIE SECURITY | 10218, 809 | 3,427.61 |
| 21462 | MANN, STANLEY | 768U, 768P | 3,297.40 |
| 21483 | MILHOUSE, WILLIE ANTHONY | 1476U, 1476P | 2,299.02 |
| 21490 | MINTER, VICKIE | 578U, 578P | 2,121.81 |
| 21497 | MOODY, DARIA | 475, 960 | 126.13 |
| 21498 | MOORE, MELVIN | 854, 1064, 1257 | 1,212.02 |
| 21542 | PATTERSON, RAYMOND | 10227A, 10227U | 3,479.96 |
| 21605 | ROSALEZ, MARIO | 531P, 531U | 2,182.18 |
| 21628 | SHEA, JOSEPH | 598U, 598P | 2,032.39 |
| ~~21629~~ | ~~SHELOR, CARL~~ | ~~1441U, 1441P~~ | ~~3,086.79~~ |
| ~~21643~~ | ~~SOUTH TRUST BANK, NA~~ | ~~1492, 1493~~ | ~~41,513.00~~ |
| 21660 | SUMMERFORD, J.A. | 561P, 561U | 2,179.36 |
| 21662 | SUNCOM AT & T | 1372, 1365 | 254.32 |
| 21679 | THORNE, SHONDA | 418U, 418P | 2,107.28 |
| 21706 | VINSANT, DAWN R. | 1467P, 1467U | 2,197.16 |
| 21739 | WHITTED, TORREY | 194, 10217 | 1,149.79 |
| 21757 | WILSON, RUSSELL | 1159P, 1159U | 2,781.36 |