IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| **TED PARKER HOME SALES, INC.,** | CASE NO. **99-02729 (KJC)** |
| Debtor | RE: 625 |

### ORDER FOR WITHDRAWAL OF FUNDS PAID INTO COURT

Upon consideration of the Motion filed by Mario Rosalez for withdrawal of funds paid into the Court under 11 U.S.C. § 347 and 28 U.S.C. § 2042, and it appearing that the movant is entitled to the sum of $2,182.18, it is, by the United States Bankruptcy Court of the District of Delaware,

ORDERED, that pursuant to 28 U.S.C. § 2042 and 11 U.S.C. § 347, the Bankruptcy Clerk, District of Delaware, shall pay this unclaimed money to the order of:

        Mario Rosalez
        5013 Walton Hill Road
        Knightdale, NC 27545

Dated: May 17, 2016

The Honorable Kevin J. Carey
United States Bankruptcy Judge