# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Ted Parker Home Sales, Inc. ) | | Case No. 99-02729 |
| ) | | |
| Debtor(s) ) | | Re: Docket No. 690 |
| ) | | |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 690

The undersigned hereby certifies that as of June 1st, 2016, at 9:00 A.M., he has received no answer, objection, or other responsive pleading to the Motion for Release of Unclaimed Funds for Bobby Ewards Individually and as Successor to Linda Edwards [Docket No. 690 ] (the "Motion"). The Motion was filed on May 2nd, 2016. Objections to the Motion were to be filed and served on or before May 31st, 2016. The undersigned further certifies that he has reviewed the Court's docket in this case and finds no answer, objection, or other responsive pleading to the Motion appearing thereon.

The undersigned respectfully requests that the order attached to the Motion be granted.

Executed: June 1st, 2016

*/s/ Dale Kennedy*
Dale Kennedy
American Property Locators, Inc.
Attorney-In-Fact for
Bobby Ewards Individually and as Successor to
Linda Edwards
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Ted Parker Home Sales, Inc.  ) Case No. 99-02729
                                    )
          Debtor(s)                 )
                                    )

## CERTIFICATE OF SERVICE

I hereby certify that on June 1st, 2016, I have mailed a true and correct copy of the foregoing CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO 690 to:

U.S. Attorney's Office
Box 2046
Wilmington, DE  19899-2046

U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

*Dale Kennedy* (signature)
Dale Kennedy
American Property Locators, Inc.
Attorney-In-Fact for
Bobby Ewards Individually and as Successor to
Linda Edwards