UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Ted Parker Home Sales, Inc. )
) Case No. 99-02729
)
Debtor(s) )
) D.I. 690, 726

ORDER FOR WITHDRAWAL OF
FUNDS PAID INTO COURT

EDWARDS

Upon consideration of the motion filed by Bobby ~~Ewards~~ Individually and as Successor to Linda Edwards(Deceased), by its attorney-in-fact for withdrawal of funds paid into the Court under 11 U.S.C §347 and 28 U.S.C. §2042, and it appearing that the movant is entitled to the sum of $1,902.40, it is, by the United States Bankruptcy Court for the District of Delaware,

ORDERED, that pursuant to 28 U.S.C. §2042 and 11 U.S. C. §347, the Bankruptcy Clerk, District of Delaware, shall pay this unclaimed money to the order of:

EDWARDS
Bobby ~~Ewards~~ Individually and as
Successor to Linda Edwards (Deceased)
c/o Mr. Dale Kennedy
American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013

Dated: June 7, 2016

_____
United States Bankruptcy Judge

CC: Ms. Jan Morrill, Financial Administrator, US Bankruptcy Court for the District of Delaware
Mr. Dale Kennedy, American Property Locators, Inc. Attorney-in-Fact for Bobby ~~Ewards~~ Individually and as
Successor to Linda Edwards (Deceased)     EDWARDS
3855 South Boulevard, Suite 200, Edmond, OK 73013