IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 99-02729-KJC |
| Ted Parker Home Sales, Inc. | § | |
| | § | |
| DEBTOR. | § | |
| | § | D.I. 697, 728 |

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Latonya Wright, in the amount of $1,895.00 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Latonya Francis, C/o Dilks & Knopik, LLC, now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,895.00, to:

Latonya Francis
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065-9216

Dated: June 13, 2016

United States Bankruptcy Judge