UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Ted Parker Home Sales, Inc.   )   Case No. 99-02729
                                     )
            Debtor(s)                )   Re: Docket No. 722
                                     )

### CERTIFICATE OF NO OBJECTION
### REGARDING DOCKET NO. 722

The undersigned hereby certifies that as of July 6th, 2016, at 9:00 A.M., he has received no answer, objection, or other responsive pleading to the Motion for Release of Unclaimed Funds for Mary Washington [Docket No. 722 ] (the "Motion"). The Motion was filed on May 23rd, 2016. Objections to the Motion were to be filed and served on or before July 5th, 2016. The undersigned further certifies that he has reviewed the Court's docket in this case and finds no answer, objection, or other responsive pleading to the Motion appearing thereon.

The undersigned respectfully requests that the order attached to the Motion be granted.

Executed:   July 6th, 2016            *Dale Kennedy*
                                      Dale Kennedy
                                      American Property Locators, Inc.
                                      Attorney-In-Fact for
                                      Mary Washington
                                      3855 South Boulevard, Suite 200
                                      Edmond, OK  73013
                                      (405) 340-4900

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Ted Parker Home Sales, Inc.   )   Case No. 99-02729
                                      )
         Debtor(s)                    )
                                      )

### CERTIFICATE OF SERVICE

I hereby certify that on July 6th, 2016, I have mailed a true and correct copy of the foregoing CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO 722 to:

U.S. Attorney's Office
Box 2046
Wilmington, DE  19899-2046

U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

*Dale Kennedy*

Dale Kennedy
American Property Locators, Inc.
Attorney-In-Fact for
Mary Washington